**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

FRICO JEAN                                              CASE NO.  6:25-CV-00970 SEC P

VERSUS                                                  JUDGE JAMES D. CAIN, JR.

BRYAN PATTERSON ET AL                                   MAGISTRATE JUDGE DAVID J. AYO

## ORDER

Before the Court is "Petitioner's Motion for Status Conference" (Doc. 31) wherein counsel for Plaintiff informs the Court that a status conference is necessary because ICE has not returned Plaintiff, Frico Jean, to the United States.  The Government is currently on shutdown and the Court has been informed that the Department of Justice employee assigned this this matter has been furloughed.  As such,

**IT IS ORDERED** that Petitioner's Motion for Status Conference is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 8th day of October, 2025.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**